| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
**Expeditor Systems, Inc.**

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
**26-4798310**

**4. Debtor's address**

**Principal place of business**  
**450 Kehoe Blvd**  
**Carol Stream, IL 60188**  
Number, Street, City, State & ZIP Code

**DuPage**  
County

**Mailing address, if different from principal place of business**  
_____  
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**  
_____  
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)  _____

**6. Type of debtor**  
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **Expeditor Systems, Inc.** Case number (*if known*)
      Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   **4120**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No.
- ☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☑ No
- ☐ Yes.

Debtor **Expeditor Systems, Inc.** Case number (*if known*)
Name

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>    Contact name _____<br>    Phone _____ |

**Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ☐ 1-49  ☐ 1,000-5,000  ☐ 25,001-50,000<br>☑ 50-99  ☐ 5001-10,000  ☐ 50,001-100,000<br>☐ 100-199  ☐ 10,001-25,000  ☐ More than 100,000<br>☐ 200-999 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000  ☑ $1,000,001 - $10 million  ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000  ☐ $10,000,001 - $50 million  ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000  ☐ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million  ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000  ☑ $1,000,001 - $10 million  ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000  ☐ $10,000,001 - $50 million  ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000  ☐ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million  ☐ More than $50 billion |

Debtor **Expeditor Systems, Inc.**  Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 17, 2024**
MM / DD / YYYY

X _____    **Igor Terletsky**
Signature of authorized representative of debtor    Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ John F. Hiltz**      Date **May 17, 2024**
Signature of attorney for debtor       MM / DD / YYYY

**John F. Hiltz**
Printed name

**Leibowitz, Hiltz & Zanzig LLC**
Firm name

**53 West Jackson**
**Suite 1301**
**Chicago, IL 60604**
Number, Street, City, State & ZIP Code

Contact phone _____   Email address **john@lakelaw.com**

**6289744 IL**
Bar number and State

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 4

Fill in this information to identify the case:

Debtor name: **Expeditor Systems, Inc.**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| RTS Financial Services<br>P.O.Box 840267<br>Dallas, TX 75284-0267 | | | | | | $162,859.91 |
| Chase Ink/Cardmember Service<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | | | | | | $136,439.43 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | | | | | $79,667.95 |
| Meba Transport<br>7403 Niccoline Ln<br>Charlotte, NC 28214 | | | | | | $24,115.59 |
| Even Steven Transport, LLC.<br>530 Buckingham Rd #312<br>Richardson, TX 75081 | | | | | | $22,116.17 |
| Ardi Freight, LLC<br>7321 Thorn Apple Ln<br>La Vista, NE 68128 | | | | | | $21,836.39 |
| Maftei Transportation, Inc.<br>6024 Queens Walk CT<br>Fort Mill, SC 29707 | | | | | | $21,246.37 |
| Kaf Transport Logistics<br>6344 Doe Run Rd<br>Louisville, KY 40216 | | | | | | $19,255.99 |

Debtor **Expeditor Systems, Inc.**               Case number *(if known)*
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **UKR West Trans Corp** 6014 Gates Ave 2 F Ridgewood, NY 11385 | | | | | | $18,925.94 |
| **Patrick Empire, LLC.** 4631 Tower Rd Greensboro, NC 27410 | | | | | | $18,769.89 |
| **Vatsiutsiak Company, LLC.** 620 Mallard court Unit D1 Bartlett, IL 60103 | | | | | | $16,753.84 |
| **Dub Trans, Inc.** 22 Town Line Dr. Carmel, NY 10512 | | | | | | $15,840.07 |
| **YK LINES, LLC.** 117 Milton Ave Staten Island, NY 10306 | | | | | | $15,778.17 |
| **Joby Express, LLC.** 1540 nw 9th Ave Fort Lauderdale, FL 33311 | | | | | | $15,188.61 |
| **AVVK Transportation** 2 Nashaway Drive Ringoes, NJ 08551 | | | | | | $14,998.32 |
| **Usto, Inc.** 4525 N Orange Ave Harwood Heights, IL 60706 | | | | | | $13,829.08 |
| **NJA EXPRESS, LLC.** 2989 N Dixie Hwy Miami, FL 33167 | | | | | | $13,770.53 |
| **Maciej Ratajczak LTD** 398 W Army Trail Rd #124 Bloomingdale, IL 60108 | | | | | | $13,147.97 |
| **3C NWEL, LLC.** 33003 Azua Bay Boynton Beach, FL 33436 | | | | | | $11,777.19 |
| **Juliana Transportation, Inc.** 6927 59th Dr Maspeth, NY 11378 | | | | | | $11,229.02 |

3C NWEL, LLC.
33003 Azua Bay
Boynton Beach, FL 33436

AB & DAS, LLC.
1714 Gray St S
Saint Petersburg, FL 33707

Acevedo Transportation
343 Prospect Ave 2A
Bronx, NY 10458

Adan Fleet Trucking, LLC.
11154 Spring Valley Rd
Kansas City, MO 64134

Alexander Kaplan
6 Farmington PL
Newtown, PA 18940

Ardi Freight, LLC
7321 Thorn Apple Ln
La Vista, NE 68128

Armaka Company
3131 Swan Ln
Safety Harbor, FL 34695

AVVK Transportation
2 Nashaway Drive
Ringoes, NJ 08551

Bank of America
P.O. Box 25118
Tampa, FL 33622-5118

Behluli Transport
2144 Druid Rd Apt 5101
Clearwater, FL 33764

Boyz Instalations, LLC.
4608 Roush Ave
Orlando, FL 32803

BVA TRANS, INC.
1865 Welsh Rd APT P8
Philadelphia, PA 19115


Chase Ink/Cardmember Service
P.O. Box 15298
Wilmington, DE 19850-5298


Chavez A&A Transportation S Corp
3100 Caledra Blvd
Apt 411
Midland, TX 79705


Dasky Transports, Inc.
6775 16th PL N Apt 307
Saint Petersburg, FL 33710


Deputat Transportation, LLC.
16152 Colorado Dr
Macomb, MI 48042


DEY Transportation, Inc.
510 Diane ct
Chilton, WI 53014


Dmytro West, LLC.
370 Brookview Ct
Howell, NJ 07731


Dub Trans, Inc.
22 Town Line Dr.
Carmel, NY 10512


Edmond Services, Inc.
2182 Barnes Ave
Bronx, NY 10462


ELDOLCE
8350 NW 26TH PL
Fort Lauderdale, FL 33322


ESP Emporium
600 Kamiah ct
Carol Stream, IL 60188

Even Steven Transport, LLC.
530 Buckingham Rd #312
Richardson, TX 75081


Expeditors, Inc.
450 Kehoe Blvd.
Carol Stream, IL 60188


F-Drive Logistics, LLC.
13109 Bustleton ave Apt B10
Philadelphia, PA 19116


Facilemix Transportation, LLC.
241 N Flagler Ave
Homestead, FL 33030


Festiqb, LLC.
1095 E 15th St 2A
Brooklyn, NY 11230


Gerko Trans
77 Robert Pitt Dr Apt F
Monsey, NY 10952


Hathaway Logistics, Inc.
10140 Douglas Oaks Cir
Tampa, FL 33610


Hrang Sum
3670 Pleasant lake dr
Indianapolis, IN 46227


Igor Terletsky
532 W. North St
Hinsdale, IL 60521


IKP Warehouse, LLC.
110 Davis St
Auburndale, FL 33823


ILLINOIS DEPARTMENT
OF EMPLOYMENT SECURITY
33 S STATE ST 10TH FLOOR
Chicago, IL 60603-2802

```
Illinois Department of Revenue
PO BOX 19035
Springfield, IL 62794-9035


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


James Herlihy
1820 W Highland Ave
Apt A
Elgin, IL 60123


Jamie Cude
19326 Sunfish Ln
Altoona, FL 32702


Joby Express, LLC.
1540 nw 9th Ave
Fort Lauderdale, FL 33311


Judex Transportation, LLC.
4380 NW 36th Street Apt 416
Fort Lauderdale, FL 33319


Juliana Transportation, Inc.
6927 59th Dr
Maspeth, NY 11378


Kabylia Logistics
4007 Birdwatch Loop
Pflugerville, TX 78660


Kabylia Transportation
78 Kingapple Ln
Levittown, PA 19055


Kaf Transport Logistics
6344 Doe Run Rd
Louisville, KY 40216


Karusal, LLC.
3129 Briarwood blvd
Lancaster, PA 17601
```

KRD, Ltd
1051 Perimrter Dr
Schaumburg, IL 60173


Kulyk Trance Corp.
62 Bay 38 str
Brooklyn, NY 11214


Kylie Transport, LLC.
5101 Lila Ave
Louisville, KY 40258


Larmy Transportation LLC
731 NW 65th Ave
Pompano Beach, FL 33063


Lastivka Enterprises, LLC
325 TUSCALOOSA LANE
Brick, NJ 08724


Leasing Truck Solution, Inc
450 Kehoe Blvd.
Carol Stream, IL 60188


LK&J-Express, LLC
684 Wakeview Dr
Orange Park, FL 32065


Logistic 71, LLC.
3044 29th st Appt 7H
Astoria, NY 11102


Maciej Ratajczak LTD
398 W Army Trail Rd #124
Bloomingdale, IL 60108


Maftei Transportation, Inc.
6024 Queens Walk CT
Fort Mill, SC 29707


Mamchlik Logistic, LLC.
9921 Bustlaton ave Apt Q11
Philadelphia, PA 19115

Meba Transport
7403 Niccoline Ln
Charlotte, NC 28214


MILA LILA, INC.
398 W Army Trail Rd
 Ste 124
Bloomingdale, IL 60108


Mokhnal Transportation, Inc.
1067 Surrey Rd
Philadelphia, PA 19115


Monolith Group, LLC.
129 S Roma Way
Kissimmee, FL 34746


MTTM Transport
5208 W 122nd ST APt 2B
Alsip, IL 60803


NJA EXPRESS, LLC.
2989 N Dixie Hwy
Miami, FL 33167


NY State Department of Labor
P.O. Box 4305
Binghamton, NY 13902-4305


Osadchuk, Inc.
5215 n Oakview st APT 1E
Chicago, IL 60656


Partner Finance, LLC.
10 Woodlawn Dr
Conway, AR 72034


Pasha Trans Corp.
62 Bay 38th ST
Brooklyn, NY 11214


Patrick Empire, LLC.
4631 Tower Rd
Greensboro, NC 27410

Pilot B, LLC.
1269 Grand Concrs C9
Bronx, NY 10452


RBS Logistics, Inc.
1709 Hoffnagle ST
Philadelphia, PA 19152


Romeo Trucking, LLC.
6323 Magnolia Trails LN
Gibsonton, FL 33534


RTS Financial Services
P.O.Box 840267
Dallas, TX 75284-0267


S.I.V. Transportation, Inc.
2348 W. Walton St. Apt. 2W
Chicago, IL 60622


Shawn Goodwin
1524 Winfield Way
Roselle, IL 60172


State Path, LLC.
11 NE 70th st
Miami, FL 33138


Tractor Trans, Inc.
1222 Heritage Cir
Feasterville Trevose, PA 19053


Transport Logistician, Inc.
1222 Heritage Cir
Feasterville Trevose, PA 19053


UKR  West Trans Corp
6014 Gates Ave 2 F
Ridgewood, NY 11385


Ukrozbor, LLC
217 E Kennedy Blvd
Apt C
Dover, NJ 07801

UNAU NIH TE INC.
1230 W Holtz ave
Addison, IL 60101


Usto, Inc.
4525 N Orange Ave
Harwood Heights, IL 60706


Vatsiutsiak Company, LLC.
620 Mallard court Unit D1
Bartlett, IL 60103


Viktor and Son Trucking Company
41 N Main Street #20
Glen Ellyn, IL 60137


Viktor Kaminsky, LLC.
4 Unity dr
Brick, NJ 08723


Volmar Group, Inc.
25w018 Keswick Ln
Naperville, IL 60540


VTruck, LLC.
137 Tussel Ln
Scotch Plains, NJ 07076


WD Trans, LLC.
8259 Enclave Way Unit 102
Sarasota, FL 34243


Yavora Logistics, LLC.
9921 Bustleton Ave Apt M6
Philadelphia, PA 19115


Yavorskyy Services LLC
1864 Summer Street
Stamford, CT 06905


YK LINES, LLC.
117 Milton Ave
Staten Island, NY 10306

# United States Bankruptcy Court
## Northern District of Illinois

In re **Expeditor Systems, Inc.**  
Debtor(s)

Case No.  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Expeditor Systems, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

| | |
|---|---|
| **May 17, 2024** | **/s/ John F. Hiltz** |
| Date | **John F. Hiltz** |
| | Signature of Attorney or Litigant |
| | Counsel for **Expeditor Systems, Inc.** |
| | **Leibowitz, Hiltz & Zanzig LLC** |
| | **53 West Jackson** |
| | **Suite 1301** |
| | **Chicago, IL 60604** |
| | **john@lakelaw.com** |