UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 24bk07413 |
| | ) | |
| Expeditor Systems, Inc., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Timothy A. Barnes |

FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER
AWARDING TO GENSBURG CALANDRIELLO & KANTER, P.C., ATTORNEYS FOR
THE DEBTOR AND DEBTOR-IN-POSSESSION, FOR ALLOWANCE AND PAYMENT OF
FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $21,280.00 | TOTAL COSTS REQUESTED: | $829.13 |
| TOTAL FEES REDUCED: | $198.65 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $21,081.35 | TOTAL COSTS ALLOWED: | $829.13 |

TOTAL FEES AND COSTS ALLOWED: $21,910.48

The attached time and expense entries have been underlined to reflect disallowance in whole or in part.  The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry.  The numerical notations correspond to the enumerated paragraph below.

In addition to the below disallowance and for the reasons more fully stated on the record at the hearing on July 23, 2025, the court further reduces the requested fees by $88.00 on a voluntary basis by the Debtor's counsel, Gensburg Calandriello & Kanter, P.C. (the "Firm").  That additional reduction is related to certain filings done by attorneys for the Firm and billed at a rate higher than is appropriate.

Further, the Firm is authorized to apply the post-petition retainer it received from the Debtor in the amount of $15,000 to the professional fees allowed pursuant to this order.

(1)      Lumping – TOTAL of disallowed amounts (10% of affected entries): $110.65

The Court may impose a ten percent penalty on entries that appear to be "lumping."  The Court will reduce each entry marked as such per the penalty.  *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry.  [citation omitted].  Each type of service should be listed with the corresponding specific time allotment.").

Dated: July 24, 2025

_____
Timothy A. Barnes, Judge
United States Bankruptcy Court

1

| Date | Time Keeper | Time | Hourly Rate | Slip Value | Task Code | Description |
|---|---|---|---|---|---|---|
| 10/24/2024 | E. Philip Groben | 0.4 | $ 365.00 | $ 146.00 | 804 Case Administration | Telephone call with Margaret and Igor to discuss status of chapter 11 proceeding and retention. |
| 10/28/2024 | E. Philip Groben | 0.4 | $ 365.00 | $ 146.00 | 804 Case Administration | Telephone calls with Mimi Stein (.20) and Margaret (.20) to discuss retention |
| 10/30/2024 | E. Philip Groben | 1 | $ 365.00 | $ 365.00 | 804 Case Administration | Telephone call with John Hiltz to discuss open matters and review of case docket. |
| 11/13/2024 | E. Philip Groben | 0.3 | $ 365.00 | $ 109.50 | 804 Case Administration | Review of Patriot response to admin. fee objection |
| 12/4/2024 | E. Philip Groben | 0.2 | $ 365.00 | $ 73.00 | 804 Case Administration | Review of Expeditor and Patriot dockets and email to Mimi Stein |
| 12/4/2024 | E. Philip Groben | 0.4 | $ 365.00 | $ 146.00 | 804 Case Administration | Phone call with Mimi Stein to discuss open matters. |
| 12/4/2024 | E. Philip Groben | 0.1 | $ 365.00 | $ 36.50 | 804 Case Administration | Call with John Hiltz to discuss open matters. |
| 12/4/2024 | E. Philip Groben | 0.9 | $ 365.00 | $ 328.50 | 804 Case Administration | Prepared and filed claims bar motion. |
| 12/12/2024 | E. Philip Groben | 0.1 | $ 365.00 | $ 36.50 | 804 Case Administration | Left voicemail mail with chambers regarding continuance of claims bar motion. |
| 12/13/2024 | E. Philip Groben | 0.5 | $ 365.00 | $ 182.50 | 804 Case Administration | Communication regarding claim bar order noticing. |
| 12/14/2024 | E. Philip Groben | 0.2 | $ 365.00 | $ 73.00 | 804 Case Administration | Created and filed certificate of service. |
| 1/3/2025 | E. Philip Groben | 0.4 | $ 395.00 | $ 158.00 | 804 Case Administration | Phone calls with creditors which have received claims bar notices. |
| 3/3/2025 | E. Philip Groben | 0.2 | $ 395.00 | $ 79.00 | 804 Case Administration | Phone call with Subchapter V case trustee to discuss open matters |
| | | **5.1** | | **$ 1,879.50** | | |

2

| Date | Time Keeper | Time | Hourly Rate | Slip Value | Task Code | Description |
|------|-------------|------|-------------|-----------|-----------|-------------|
| 11/11/2024 | E. Philip Groben | 0.4 | $ 365.00 | $ 146.00 | 807 Stay Relief Matters | Review of motion for relief from stay (.10); emailed copy to debtor (.10); email to movant regarding order language (.20). |
| 11/12/2024 | E. Philip Groben | 0.2 | $ 365.00 | 73.00 | 807 Stay Relief Matters | Phone call with Sean Houlihan to discuss motion for relief and order language; email to Margaret regarding same. |
| | | 0.6 | | $ 219.00 | | |

(1)

| Date | Time Keeper | Time | Hourly Rate | Slip Value | Task Code | Description |
|---|---|---|---|---|---|---|
| 2/3/2025 | E. Philip Groben | 0.2 | $ 395.00 | $ 79.00 | 808 US Trustee | Responded to email from UST |
| 3/4/2025 | E. Philip Groben | 0.2 | $ 395.00 | $ 79.00 | 808 US Trustee | Email exchange regarding insurance coverage |
| 3/7/2025 | E. Philip Groben | 0.2 | $ 395.00 | $ 79.00 | 808 US Trustee | Review of insurance COIs and email to UST regarding same. |
| | | 0.6 | | $ 237.00 | | |

(1)

| Date | Time Keeper | Time | Hourly Rate | Slip Value | Task Code | Description |
|---|---|---|---|---|---|---|
| 1/3/2025 | E. Philip Groben | 2 | $ 395.00 | $ 790.00 | 812 Plan and Disclosure Statement | Review of Patriot and Expeditor Plans (1.2); brief phone call with Mimi (.20); email to debtor with update and known issues to be addressed (.60). |
| 1/28/2025 | E. Philip Groben | 4 | $ 395.00 | $ 1,580.00 | 812 Plan and Disclosure Statement | Prepared amended plan (2.8); review of claims (.40); email to Margaret with questions about certain claims (.80). |
| 1/30/2025 | E. Philip Groben | 0.9 | $ 395.00 | $ 355.50 | 812 Plan and Disclosure Statement | Phone call with Margaret to review claims and confirmation process (.60); email to Margaret with update (.30). |
| 2/13/2025 | Alma Parez | 2.5 | $ 175.00 | $ 437.50 | 812 Plan and Disclosure Statement | Prepare plan & disclosure exhibit spreadhseets |
| 2/20/2025 | E. Philip Groben | 0.4 | $ 395.00 | $ 158.00 | 812 Plan and Disclosure Statement | Email to Margaret and Igor with update on proofs of claim and other matters |
| 2/22/2025 | E. Philip Groben | 1.7 | $ 395.00 | $ 671.50 | 812 Plan and Disclosure Statement | Updated claims analysis and prepared liquidation analysis (1.5) and emails to Margaret Janowska regarding same (.20) |
| 2/24/2025 | E. Philip Groben | 1.3 | $ 395.00 | $ 513.50 | 812 Plan and Disclosure Statement | Prepare for and phone call with Margaret to discuss plan payments and creditor claims (.90); telephone call with David Freyden to discuss treatment of Daimler claim (.40) |
| 2/25/2025 | E. Philip Groben | 0.7 | $ 395.00 | $ 276.50 | 812 Plan and Disclosure Statement | Phone call with Margaret to discuss claims, final amendments to amended plan |
| 2/25/2025 | E. Philip Groben | 0.5 | $ 395.00 | $ 197.50 | 812 Plan and Disclosure Statement | Final amendments to plan and Exhibit C (.30); prepared documents for filing (.10) |
| 3/5/2025 | E. Philip Groben | 0.6 | $ 395.00 | $ 237.00 | 812 Plan and Disclosure Statement | Review of UCC filings and email to client regarding same |
| 3/19/2025 | E. Philip Groben | 0.1 | $ 395.00 | $ 39.50 | 812 Plan and Disclosure Statement | Email to counsel for related cases regarding confirmation issues |
| 3/20/2025 | E. Philip Groben | 0.8 | $ 395.00 | $ 316.00 | 812 Plan and Disclosure Statement | Meeting with Mimi to discuss confirmation planning and other matters; and email to group regarding schedule and to UST regarding plan terms |
| 3/20/2025 | E. Philip Groben | 0.2 | $ 395.00 | $ 79.00 | 812 Plan and Disclosure Statement | Review of email from UST and telephone call with trial attorney regarding same |
| 3/25/2025 | E. Philip Groben | 2.7 | $ 395.00 | $ 1,066.50 | 812 Plan and Disclosure Statement | Review of correspondence from UST and SubV trustee and amended plan (1.7); phone calls with Maragaret, Mimi, and the UST regarding same (1.0) |
| 3/28/2025 | E. Philip Groben | 0.5 | $ 395.00 | $ 197.50 | 812 Plan and Disclosure Statement | Conference call with affiliate counsel to discuss plan and confirmation issues. |
| 3/28/2025 | E. Philip Groben | 0.9 | $ 395.00 | $ 355.50 | 812 Plan and Disclosure Statement | Amendments to plan and email to Margaret. |
| 4/3/2025 | E. Philip Groben | 1 | $ 395.00 | $ 395.00 | 812 Plan and Disclosure Statement | Final review of draft second amended plan (.80) and responded to email from Margaret regarding same (.20). |
| 4/4/2025 | E. Philip Groben | 1 | $ 395.00 | $ 395.00 | 812 Plan and Disclosure Statement | Phone call with Margaret to discuss plan disbursements (.30); prepared documents for filing and filied second amended plan. (.70) |
| 4/7/2025 | E. Philip Groben | 0.2 | $ 395.00 | $ 79.00 | 812 Plan and Disclosure Statement | Phone call with Matt Brash to discuss amended plan and other matters. |
| 4/8/2025 | E. Philip Groben | 0.3 | $ 395.00 | $ 118.50 | 812 Plan and Disclosure Statement | Telephone call with UST and revisions to plan. |
| 4/8/2025 | E. Philip Groben | 0.1 | $ 395.00 | $ 39.50 | 812 Plan and Disclosure Statement | Email exchange with debtors' counsel regarding confirmation scheduling. |
| 4/9/2025 | E. Philip Groben | 0.6 | $ 395.00 | $ 237.00 | 812 Plan and Disclosure Statement | Conference call with debtors' counsel to discuss confirmation scheduling (.30) and prepared scheduling order (.30) |
| 4/10/2025 | E. Philip Groben | 0.2 | $ 395.00 | $ 79.00 | 812 Plan and Disclosure Statement | Email exchange regarding confirmation scheduling orders and left voicemail with chambers. |

Case 24bk07413, Doc 146, Filed 07/18/2025, Entered 07/18/2025 09:13:31, Desc Main
Document, Page 6 of 7

| Date | Time Keeper | Time | Hourly Rate | Slip Value | Task Code | Description |
|---|---|---|---|---|---|---|
| (1) 12/6/2024 | E. Philip Groben | 0.5 | $ 365.00 | $ 182.50 | 824 Preparation/Review Operating Report | Review of monthly operating reports and email to Margaret regarding same. |
| (1) 12/10/2024 | E. Philip Groben | 0.4 | $ 365.00 | $ 146.00 | 824 Preparation/Review Operating Report | Prepared operating reports for filing and responded to email from Margaret re: KCD motion. |
| 1/21/2025 | E. Philip Groben | 0.2 | $ 395.00 | $ 79.00 | 824 Preparation/Review Operating Report | Review and filed operating reports. |
| (1) 3/18/2025 | E. Philip Groben | 0.3 | $ 395.00 | $ 118.50 | 824 Preparation/Review Operating Report | Email exchange with Margaret and prepared and filed January MOR |
| 4/16/2025 | Alma Parez | 0.1 | $ 175.00 | $ 17.50 | 824 Preparation/Review Operating Report | Email to M. Jankowska regarding MOR due by 04.21.25. |
| 4/23/2025 | Alma Parez | 0.1 | $ 175.00 | $ 17.50 | 824 Preparation/Review Operating Report | File March 2025 monthly operating report. |
| 5/20/2025 | Alma Parez | 0.1 | $ 175.00 | $ 17.50 | 824 Preparation/Review Operating Report | Email regarding April 2025 Monthly Operating Report. |
| | | 1.7 | | $ 578.50 | | |

| Date | Time Keeper | Time | Hourly Rate | Slip Value | Task Code | Description |
|---|---|---|---|---|---|---|
| 11/13/2024 | E. Philip Groben | 0.6 | $ 365.00 | $ 219.00 | 833 Court Hearings | Prepared for and attended court on motion for relief and motion to substitute. |
| 11/27/2024 | E. Philip Groben | 0.6 | $ 365.00 | $ 219.00 | 833 Court Hearings | Prepare for court and appearance on motion for relief from stay. |
| 12/11/2024 | E. Philip Groben | 1 | $ 365.00 | $ 365.00 | 833 Court Hearings | Preparation for and appearance on case and related proceedings. |
| 12/18/2024 | E. Philip Groben | 1 | $ 365.00 | $ 365.00 | 833 Court Hearings | Preparation for and appearance on case status. |
| 1/29/2025 | E. Philip Groben | 0.5 | $ 395.00 | $ 197.50 | 833 Court Hearings | Responded to email from Trustee regarding status and prepared for and attend case status. |
| 2/26/2025 | E. Philip Groben | 0.6 | $ 395.00 | $ 237.00 | 833 Court Hearings | Prepare for and appear on case status |
| 2/26/2025 | E. Philip Groben | 0.1 | $ 395.00 | $ 39.50 | 833 Court Hearings | Phone call with Daniel Rubin regarding plan issues |
| 3/26/2025 | E. Philip Groben | 0.4 | $ 395.00 | $ 158.00 | 833 Court Hearings | Telephone call with Matt Brash prior to case status, preparation for and attendance on plan status |
| 4/9/2025 | E. Philip Groben | 0.6 | $ 395.00 | $ 237.00 | 833 Court Hearings | Appearance at case and plan status and email DOTF to parties. |
| 4/16/2025 | E. Philip Groben | 0.2 | $ 395.00 | $ 79.00 | 833 Court Hearings | Preparation for and appearance on HIltz application for compensation. |
| | | 5.6 | | $ 2,116.00 | | |

(1)